FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

    The Appellee, Cynara Dolphy-Budd's Second Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended until August 25, 2021.

_____
Rebeca C. Martinez, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court